USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/9/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

MARTHA VENTILLA,

                Plaintiff,

        -against-

PACIFIC INDEMNITY CO.,

                Defendant.

-------------------------------------------------------------X

19 **CIVIL** 1134 (JMF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

set forth in the Court's Memorandum Opinion and Order dated July 9, 2020, the Court is

compelled to conclude that Pacific Indemnity is entitled to summary judgment on the ground that

Ventilla's claims are untimely. The Court need not and does not address Pacific Indemnity's other

arguments in favor of summary judgment, including its contention that Ventilla's claims are

barred by the Release; accordingly, the case is closed.

**Dated:** New York, New York
       July 9, 2020

                       **RUBY J. KRAJICK**

                       **Clerk of Court**

**BY:**

                       **Deputy Clerk**